

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00373-CR

IMRAN ALI, Appellant

V.

THE STATE OF TEXAS

§ On Appeal from

§ County Criminal Court No. 2

§ of Denton County (CR-2017-01076-B)

§ August 28, 2019

§ Justice Lee Ann Dauphinot

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot